IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SAMANTHA BURKHARDT,<br><br>                Defendant. | 4:14CR3143<br><br>ORDER |

Defendant has moved to continue the trial setting, (filing no. 27), because the defendant and defense counsel need additional time to fully review the discovery received before deciding how to resolve this case. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 27), is granted.

2) A status conference with the undersigned magistrate judge will be held in chambers on April 23, 2015 at 2:00 p.m. to discuss scheduling trial.

3) Based upon the representations of counsel, the Court further finds that the ends of justice will be served by further delaying the scheduling of trial; and those purposes outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and April 23, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

March 30, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge